**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| ELAINE TALBOT | ) | CASE NO. 1:07CV2862 |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| CUYAHOGA COUNTY BOARD OF | ) | |
|  MENTAL RETARDATION AND | ) | |
|  DEVELOPMENTAL DISABILITIES, | ) | |
| | ) | |
| Defendant(s). | ) | **J U D G M E N T** |

The Court has filed its Opinion and Order in the above-captioned matter.

Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

 S/Christopher A. Boyko
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

February 6, 2009